# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONNECTICUT IRONWORKERS EMPLOYERS ASSOCIATION, INC., et al.,<br>  Plaintiffs,<br><br>  v.<br><br>NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS,<br>  Defendant. | No. 3:10cv00165 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On February 27, 2013, I held a telephone conference with Paul C. Hetterman, representing the plaintiffs, and Keith P. Carroll and Kevin M. McGinty, representing the defendant. The purpose of the call was to address a dispute concerning whether the defendant should be required to submit a Preliminary Expert Report on March 29, 2013 in accordance with the original scheduling order.

After a brief discussion with counsel, I directed the following: Plaintiffs will withdraw their Preliminary Expert Report.  Defendant will not make use of Plaintiffs' withdrawn Preliminary Expert Report and will withdraw or delay any discovery related to expert issues.

So ordered.

Dated at Bridgeport, Connecticut, this 5th day of March 2013.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge